LAWRENCE BROWN, RESPONDENT, v. GREEN BROOK COUNTRY CLUB, APPELLANT.

Argued October 26, 1929—Decided May 19, 1930.

On appeal from the Essex Circuit Court, in which Judge Smith filed the following opinion:

"I find the facts to be as admitted in the pleadings and as agreed upon in open court, and that the plaintiff resigned

from the club in February, 1924, and delivered his certificate of stock to the club and that action was in accordance with article 3 of section 3 of the by-laws which were in force at the time of the resignation and delivery of the stock certificate; that this created a contract between the resigned member and the club, and fixed the terms of compensation of the plaintiff for his stock certificate as though stated in article 3, section 3, of the by-laws then in force; that these by-laws, in so far as the plaintiff is concerned, could not be amended so as to change the method or amount of compensation to the plaintiff for his stock; and that the stock was sold in 1927, after the by-laws had been amended; no notice of the proposed amendment of which had been given the plaintiff.

"The defendant tendered the sum of $400 to the plaintiff on June 1st, 1927, when he was entitled to receive the sum of $1,000, that being the amount for which the defendant sold the plaintiff's certificate of stock. The plaintiff was therefore entitled to recover the sum of $1,000, together with interest from June 1st, 1927, to date.

"Counsel may submit appropriate findings of fact and the court will sign a rule for judgment."

For the appellant, *Frazer & Trimble.*

For the respondent, *John W. Ockford.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Judge Smith in the Circuit Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, BLACK, CAMPBELL, LLOYD, CASE, BODINE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, WELLS, JJ. 15.

*For reversal*—None.